OCT 27 2026 PM4:15
FILED - USDC - FLMD - TPA

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED U.S. MARSHALS
2026 AUG 25 AM8:54

United States of America
v.
Luis Alberto Bernabe-Morales
*Defendant*

Case No. 8:25-cr-232-RAL-SPF

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Luis Alberto Bernabe-Morales ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☒ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 08/25/2026

A Waddell ANGEL WADDELL
*Issuing officer's signature*

City and state: Tampa, Florida

Megan Mann, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 25 AUG 26, and the person was arrested on *(date)* 27 OCT 26
at *(city and state)* LAS CRUSES, NM - USA.

Date: 27 OCT 26

[signature]
*Arresting officer's signature*

ORTIZ, FRANK A. DUSM TAMPA, FL
*Printed name and title*