INT-SPA

# U.S. District Court
# United States District Court - District of New Mexico (Las Cruces)
# CRIMINAL DOCKET FOR CASE #: 2:26-mj-05772-GBW-1

Case title: USA v. Bernabe-Morales

Date Filed: 10/27/2026

Other court case number: 8:25-cr-232-RAL-SPF USDC, Middle District of Florida, Tampa Division

Date Terminated: 10/28/2026

---

Assigned to: Chief Magistrate Jud Gregory B. Wormuth

**Defendant (1)**

**Luis Alberto Bernabe-Morales**
*TERMINATED: 10/28/2026*

represented by **Barbara A Mandel**
Federal Public Defender Office
Las Cruces Office
506 S. Main Street, Suite 400
Las Cruces, NM 88001
(575) 527-6930
Fax: (575) 527-6933
Email: barbara_mandel@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3147 Offense Committed While on Release | |

---

**Plaintiff**

**USA** represented by **Grant Gardner**
DOJ-USAO
200 N Church Street
Las Cruces, NM 88001
575-640-6033
Fax: 575-522-2391
Email: grant.gardner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2026 | | Arrest (Rule 32.1) of Luis Alberto Bernabe-Morales (vrr) (Entered: 10/27/2026) |
| 10/27/2026 | | Set/Reset Hearings as to Luis Alberto Bernabe-Morales: Initial Appearance - Rule 32.1 set for 10/28/2026 at 09:04 AM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower) before Chief Magistrate Judge Gregory B. Wormuth. (vrr) (Entered: 10/27/2026) |
| 10/28/2026 | | Attorney update in case as to Luis Alberto Bernabe-Morales. Attorney Grant Gardner for USA added. (aym) (Entered: 10/28/2026) |
| 10/28/2026 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Barbara A Mandel for Luis Alberto Bernabe-Morales by Chief Magistrate Judge Gregory B. Wormuth (aym) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 10/28/2026) |
| 10/28/2026 | 2 | Rule 32.1 Documents Received as to Luis Alberto Bernabe-Morales (aym) (Entered: 10/28/2026) |
| 10/28/2026 | 3 | Clerk's Minutes for proceedings held before Chief Magistrate Judge Gregory B. Wormuth: Initial Appearance in Rule 32.1/Identity/Detention Hearing for Rule 32.1 as to Luis Alberto Bernabe-Morales held on 10/28/2026. (Recording Info: LCR-Sierra Blanca) (Interpreter: Cristina Perez Lopez)<br><br>**Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.**<br>(aym) (Entered: 10/28/2026) |
| 10/28/2026 | 4 | WAIVER of Rule 32.1 Hearing by Luis Alberto Bernabe-Morales. (aym) (Entered: 10/28/2026) |
| 10/28/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT by Chief Magistrate Judge Gregory B. Wormuth as to Luis Alberto Bernabe-Morales. Defendant committed to Middle District of Florida. (aym) (Entered: 10/28/2026) |
| 10/28/2026 | | NOTICE to of a Rule 5 or Rule 32 transfer as to Luis Alberto Bernabe-Morales. Your case number is: 8:25-CR-232-RAL-SP. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate email. |

| | | |
|---|---|---|
| | | *(If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (aym) (Entered: 10/28/2026) |