**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

Before the Honorable **GREGORY B. WORMUTH**

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **26-5772 MJ** | Date: | **10/28/2026** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **A.CERVANTES** | Type of Hearing: | **INITIAL APPEARANCE RULE 32.1/ IDENTITY/ DETENTION** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **LUIS ALBERTO BERNABE-MORALES** | **BARBARA MANDEL** | ☒ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **JUDITH CREWS** | Interpreter: | **CRISTINA PEREZ LOPEZ** |
| Pretrial Officer: | **LAURA GARIBAY** | Court in Session: | **9:18-9:21A.M.; 9:55-9:59 A.M. (4 MIN)** |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of Identity/Detention Hearing filed in open court. |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☐ | Set for change of plea on |
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: COMMITMENT ORDER FILED IN OPEN COURT. DEFENDANT REMANDED TO U.S. MARSHAL CUSTODY TO BE TRANSPORTED TO THE MIDDLE DISTRICT OF FLORIDA. COMMITMENT ORDER TO BE FILED. |