**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**HONORABLE GREGORY D. PIZZO**

| | |
|---|---|
| **CASE NO.** 8:25-cr-232-RAL-SPF | **DATE:** 11/24/2026 |
| **TITLE:** USA v. Luis Alberto Bernabe-Morales | |
| **START & END TIME:** 2:21 p.m. – 2:27 p.m. | **TOTAL TIME:** 6 minutes |
| **Courtroom Deputy:** Octavia Jarnegan | |
| **Court Reporter/Digital:** Digital | **Interpreter/Language:** Beatriz Velasquez Spanish |
| **Courtroom:** 12B | |
| **Counsel for Plaintiff(s):** Merrilyn Hoenemeyer, AUSA | |
| **Counsel for Defendant(s):** Alec Hall, AFPD | |

# CLERK'S MINUTES
## Initial Appearance - Violation of Supervised Release

The case was called to order, and appearances were made.
Arrest Date: 10/27/26
ICE Detainer.
Interpreter previously sworn.

Defendant advised of rights.
Defendant filed a Financial Affidavit, and the Court appointed the Office of the Federal Public Defender.
The Court summarizes the charges and penalties.
Preliminary hearing waived.

The Government seeks detention.
Defense reserves on detention.
The Court ordered the defendant detained pending the final revocation hearing.

Court is adjourned.