UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-232-RAL-SPF

LUIS ALBERTO BERNABE-MORALES

**REPORT OF PRELIMINARY SUPERVISED RELEASE REVOCATION HEARING**

This cause before the Court on the Defendant's initial appearance and detention hearing related to a petition charging the Defendant with violating conditions of the Court's supervised release. In the presence of counsel, the Defendant waived the right to a preliminary revocation hearing. Consequently, the Defendant is directed to appear before the District Judge for a final revocation hearing.

The Government requested that the Defendant be DETAINED, pending the outcome of a final revocation hearing. Given that the Defendant is serving a sentence, the burden is on the Defendant to establish that the Defendant is not a flight risk nor a danger to the community. *See* 18 U.S.C.§ 3143 and Fed. R. Crim. P. 32.1. Here, the Defendant did not challenge the Government's request for detention and reserves on the issue. The Court, after hearing the proffer of the Government, finds that, based upon the Defendant's alleged violation(s) of supervised release, has

failed to provide clear and convincing evidence that the Defendant is not a flight risk or a danger to the community.

For these reasons, it is

**ORDERED:**

1. Defendant shall be DETAINED pending the final revocation hearing and is committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Defendant shall be afforded a reasonable opportunity for private consultation with counsel.

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the correction facility in which the Defendant is confined shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED, this 24th day of November 2026.

GREGORY D. PIZZO
United States Magistrate Judge